# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ISRAEL DE LA ROCHA-MEDINA(1)<br><br>　　　　　　　　　Defendant. | CASE NO. 11CR2001-L<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case #11CR2575-L against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

8:1326(a) and (b)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: JULY 14, 2011

　　　　　　　　　　　　　　　　　　　BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE